**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ADAM SENSE,

                    Plaintiff,

            - against -

LONGWOOD CENTRAL SCHOOL
DISTRICT, along with LAURA HOPKINS,
CARA CHUDYK, and JANINE ROZYCKI, i*n
their individual capacity as aiders and abettors*

                    Defendants.
-----------------------------------------------------------X

**FILED**
**CLERK**

3:23 pm, Aug 06, 2018

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**JUDGMENT**
CV 15-7234 (ADS)(AYS)

        A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on August 3, 2018; granting the Defendant′s motion for summary judgment pursuant to Rule 56; dismissing Plaintiff′s Title VII claims (Claims I and III); dismissing the remainder of Plaintiff′s claims without prejudice; and respectfully directing the Clerk of Court to close this case, it is

        **ORDERED AND ADJUDGED** that the Plaintiff Adam Senese, take nothing of the Defendants Longwood Central School District, Laura Hopkins, Cara Chudyk and Janine Rozycki; that the Defendant′s motion for summary judgment pursuant to Rule 56 dismissing the Plaintiff′s Title VII claims (Claims I and III) is granted; that the remainder of Plaintiff′s claims are dismissed without prejudice; and that this case is closed.


Dated:   Central Islip, New York
            August 6, 2018


                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                            By:    /s/ Chelsea Tirado
                                        Deputy Clerk